**DISMISS; and Opinion Filed July 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00642-CV

**JEFFREY KEITH HEBERT, Appellant**
**V.**
**CRISTAL RODRIGUEZ, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07855**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of jurisdiction. In a letter to appellant's counsel dated June 9, 2015, this Court questioned its jurisdiction over the appeal because it appeared the notice of appeal was untimely. In that correspondence, we noted that the notice of appeal was filed within fifteen days of the deadline and we instructed appellant that he could cure the timeliness problem by filing, within ten days, a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3. We cautioned appellant that failure to file an extension motion by June 19, 2015 would result in dismissal of the appeal without further notice. As of today's date, appellant has not filed an extension motion.

The trial court signed its judgment on February 9, 2015. Appellant filed a timely motion for new trial on March 6, 2015. Accordingly, the notice of appeal was due on Monday, May 11,

2015. *See* TEX. R. APP. P. 26.1(a)(1). An extension of time may be granted if an appellant files a notice of appeal within fifteen days of the deadline and files a motion complying with rule of appellate procedure 10.5(b). *See* TEX. R. APP. P. 26.3 & 10.5(b). Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Appellant filed his notice of appeal on May 15, 2015, four days past the due date. Although given an opportunity to cure the timeliness problem, appellant has failed to do so. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150642F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEFFREY KEITH HEBERT, Appellant

No. 05-15-00642-CV        V.

CRISTAL RODRIGUEZ, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-07855.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CRISTAL RODRIGUEZ recover her costs of this appeal from appellant JEFFREY KEITH HEBERT.


Judgment entered this 6th day of July, 2015.